Michael J. Norton, Appellant, v. Normal Park Presbyterian Church, Appellee.

Gen. No. 42,318.

opinion filed March 22, 1943; rehearing denied April 5, 1943. Norman Crawford, for appellant; Wham & O'Brien, for appellee; Benjamin Wham, Frank T. O'Brien and Lionel A. Mincer, of counsel. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''